# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )

DIAMOND R, LLC, )

)

Debtor )

)

CASE NO.  3-14-bk-14118-EPB

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF _____ DECEMBER 2014

DATE PETITION FILED: _____ 9/15/2014

TAX PAYER ID NO. : _____ 88-0358367

Nature of Debtor's Business: _____
Land Development / Lot Sales

| | | |
|---|---|---|
| DATE DISCLOSURE STATEMENT FILED _____ | TO BE FILED | within exclusivity |
| DATE PLAN OF REORGANIZATION FILED _____ | TO BE FILED | within exclusivity |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____          President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        TITLE

Ron E. Varela                               1/15/2015
PRINTED NAME OF RESPONSIBLE PARTY              DATE

**PREPARER:**

_____          GM
ORIGINAL SIGNATURE OF PREPARER                 TITLE

Jason Varela                                1/15/2015
PRINTED NAME OF PREPARER                       DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Jason Varela

PHONE NUMBER: (951) 695-2800
                        28545 Old Town Front St., Ste 201
ADDRESS: Temecula, CA 92590

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

Case Number: 3-14-bk-14118-EPB

| | BANK ACCOUNTS | | | Total |
| | Operating | Payroll | Tax | |
| | Acct#9768 | Acct # | Acct # | |
|---|---|---|---|---|
| Balance at Beginning of Period | $1,943.79 | | | $1,943.79 |

| **RECEIPTS** | | | | |
|---|---|---|---|---|
| Cash Sales | $3,681.93 | | | $3,681.93 |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Owner Contribution | | | | |
| | | | | |
| TOTAL RECEIPTS | $3,681.93 | | | $3,681.93 |

| **DISBURSEMENTS** | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | $3,895.81 | | | $3,895.81 |
| Capital Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | $3,895.81 | | | $3,895.81 |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | $1,729.91 | | | $1,729.91 |

*Information provided above should reconcile with balance sheet and income statement amounts

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements From Above | $3,895.81 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $3,895.81 |

Case 3:14-bk-14118-EPB    Doc 49    Filed 01/22/15    Entered 01/22/15 16:24:05    Desc
Main Document    Page 2 of 18

| Case Number: 3-14-bk-14118-EPB | | | | |

# INCOME STATEMENT
## (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | SEE ATTACHED | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Rental Expense | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

# Diamond R, LLC DIP
# Profit & Loss
### December 2014

|  | Dec 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| Income-1160 Beach Drive | 1,950.00 |
| **Total Rental Income** | 1,950.00 |
| **Total Income** | 1,950.00 |
| **Cost of Goods Sold** | |
| **Cost of Rentals** | |
| Expense-1160 Beach Drive | 2,053.52 |
| Expense-1184 Beach Drive | 982.49 |
| **Total Cost of Rentals** | 3,036.01 |
| **Total COGS** | 3,036.01 |
| **Gross Profit** | -1,086.01 |
| **Expense** | |
| Bank Service Charges | 14.00 |
| **Total Expense** | 14.00 |
| **Net Ordinary Income** | -1,100.01 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Reimbursable Expenses | 22.41 |
| **Total Other Expense** | 22.41 |
| **Net Other Income** | -22.41 |
| **Net Income** | **-1,122.42** |

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | SEE ATTACHED | | |
| Total Cash | | $0.00 | $0.00 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | $0.00 | $0.00 | $0.00 |
| Property, Plant & Equipment | | | |
| Less:  Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | $0.00 | $0.00 | $0.00 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | $0.00 | $0.00 | $0.00 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | $0.00 | $0.00 | $0.00 |
| TOTAL LIABILITIES | $0.00 | $0.00 | $0.00 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | $0.00 | $0.00 | $0.00 |
| TOTAL LIABILITIES & OWNER'S EQUITY | $0.00 | $0.00 | $0.00 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# Diamond R, LLC DIP
## Balance Sheet
### As of December 31, 2014

| | Dec 31, 14 | Nov 30, 14 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| WFB Checking 9768 | 1,105.95 | 1,873.19 |
| **Total Checking/Savings** | 1,105.95 | 1,873.19 |
| | | |
| **Accounts Receivable** | | |
| Accounts Receivable | -1,000.00 | 0.00 |
| **Total Accounts Receivable** | -1,000.00 | 0.00 |
| | | |
| **Other Current Assets** | | |
| Deposits Paid | 15,768.75 | 15,768.75 |
| **Total Other Current Assets** | 15,768.75 | 15,768.75 |
| | | |
| **Total Current Assets** | 15,874.70 | 17,641.94 |
| **Fixed Assets** | | |
| 1160 Beach Drive (Miller) | 350,000.00 | 350,000.00 |
| 1184 Beach Drive (Sales Office) | 110,564.32 | 110,564.32 |
| 1184 Beach Drive Furnishings | 2,000.00 | 2,000.00 |
| **Accumulated Depreciation** | | |
| Accum. Depr 1160 Beach Drive | -55,573.00 | -55,573.00 |
| Accumulated Depreciation - Other | -85,427.98 | -85,427.98 |
| **Total Accumulated Depreciation** | -141,000.98 | -141,000.98 |
| | | |
| Autos & Trucks | 31,271.60 | 31,271.60 |
| Dukes Hill (138.3ac Nogales) | 19,250.00 | 19,250.00 |
| Dukes Hill 2 (536ac Nogales) | 591,089.00 | 591,089.00 |
| Furniture and Equipment | 2,500.00 | 2,500.00 |
| Rio Vistancia (113 AC-Needles) | 4,021,297.94 | 4,021,297.94 |
| **Total Fixed Assets** | 4,986,971.88 | 4,986,971.88 |
| **Other Assets** | | |
| Work in Process (113 AC) | 727,459.58 | 727,459.58 |
| **Total Other Assets** | 727,459.58 | 727,459.58 |
| | | |
| **TOTAL ASSETS** | **5,730,306.16** | **5,732,073.40** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable (Pre Petition)** | | |
| A/P Contera Const. (Pre P) | 112,629.77 | 112,629.77 |
| A/P Rncho Diamante, LLC (Pre P) | 20,000.00 | 20,000.00 |
| Accounts Payable (Pre Petition) - Other | 168,262.57 | 168,262.57 |
| **Total Accounts Payable (Pre Petition)** | 300,892.34 | 300,892.34 |
| | | |
| **Accounts Payable(Post Petition)** | | |
| A/P Contera Const. Corp (PP) | 50.00 | 50.00 |
| Accounts Payable(Post Petition) - Other | 3,013.99 | 4,358.81 |
| **Total Accounts Payable(Post Petition)** | 3,063.99 | 4,408.81 |
| | | |
| **Total Accounts Payable** | 303,956.33 | 305,301.15 |
| **Other Current Liabilities** | | |
| Deposit Received | 475.00 | 475.00 |
| **Total Other Current Liabilities** | 475.00 | 475.00 |
| | | |
| **Total Current Liabilities** | 304,431.33 | 305,776.15 |
| | | |
| **Long Term Liabilities** | | |
| Loan-1160 Beach Dr (WFB Miller) | 245,000.00 | 245,000.00 |
| Loan-Rio Vistancia-Miller et.al | 2,900,000.00 | 2,900,000.00 |
| **Total Long Term Liabilities** | 3,145,000.00 | 3,145,000.00 |
| | | |
| **Total Liabilities** | 3,449,431.33 | 3,450,776.15 |

# Diamond R, LLC DIP
## Balance Sheet
### As of December 31, 2014

|  | Dec 31, 14 | Nov 30, 14 |
|---|---|---|
| **Equity** |  |  |
| Capital Contribution | 1,100,407.88 | 1,099,707.88 |
| Capital Withdrawls | -202,642.00 | -202,642.00 |
| Opening Balance Equity | -14,972.06 | -14,972.06 |
| Owners Capital | -209,898.57 | -209,898.57 |
| Owners Capital-Cristy Varela | 117,145.70 | 117,145.70 |
| Owners Capital-Ron Varela | 115,120.21 | 115,120.21 |
| Owners Capital - CBB Loan | 1,383,903.28 | 1,383,903.28 |
| Retained Earnings | -0.32 | -0.32 |
| Net Income | -8,189.29 | -7,066.87 |
| **Total Equity** | 2,280,874.83 | 2,281,297.25 |
| **TOTAL LIABILITIES & EQUITY** | 5,730,306.16 | 5,732,073.40 |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | SEE ATTACHED | $0.00 | $0.00 | $0.00 |
| Less Amount Considered Uncollectible | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Accounts Receivable | | $0.00 | $0.00 | $0.00 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | $0.00 |
| Less: Amount Collected Since Filing Date | $0.00 |
| Less: Amount Considered Uncollectible | $0.00 |
| Net Due From Insiders | $0.00 |

| INVENTORY | |
|---|---|
| Beginning Inventory | $0.00 |
| Plus: Purchases | $0.00 |
| Less: Cost of Goods Sold | $0.00 |
| Ending Inventory | $0.00 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | $4,091,297.94 | | | $4,091,297.94 |
| Buildings | $390,564.00 | $0.00 | $0.00 | $390,564.00 |
| Accumulated Depreciation | $110,644.00 | | | $110,644.00 |
| Net Buildings | $279,920.00 | $0.00 | $0.00 | $279,920.00 |
| Equipment | $0.00 | $0.00 | $0.00 | $0.00 |
| Accumulated Depreciation | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Equipment | $0.00 | $0.00 | $0.00 | $0.00 |
| Autos/Vehicles | $31,271.60 | $0.00 | $0.00 | $31,271.60 |
| Accumulated Depreciation | $16,135.00 | $0.00 | $0.00 | $16,135.00 |
| Net Autos/Vehicles | $15,136.60 | $0.00 | $0.00 | $15,136.60 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | SEE ATTACHED | | $0.00 | $0.00 | $0.00 |
| Taxes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Notes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Professional Fees Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured Debt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other (attach list) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Post-Petition Liabilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | $0.00 | $0.00 |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | 0 | 0 |

# Diamond R, LLC DIP
## A/P Aging Detail
### As of December 31, 2014

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| **Current** | | | | | | |
| Bill | 12/26/2014 | Jan 2... | Wells Fargo Bank, ... | 01/20/2015 | | 726.21 |
| Bill | 12/26/2014 | 6381 ... | Wells Fargo Card S... | 01/21/2015 | | 70.00 |
| Total Current | | | | | | 796.21 |
| **1 - 30** | | | | | | |
| Total 1 - 30 | | | | | | |
| **31 - 60** | | | | | | |
| Bill | 11/01/2014 | 2806 | Rio Buena Vista H.... | 11/11/2014 | 50 | 80.00 |
| Bill | 11/05/2014 | 8/14-... | Findlay & Hanson C... | 11/30/2014 | 31 | 1,795.00 |
| Total 31 - 60 | | | | | | 1,875.00 |
| **61 - 90** | | | | | | |
| Total 61 - 90 | | | | | | |
| **> 90** | | | | | | |
| Bill | 12/19/2014 | 1184 ... | N.P.U.A | 01/07/2014 | 358 | 127.80 |
| Bill | 12/31/2014 | 1160-... | State Farm | 01/28/2014 | 337 | 214.98 |
| Deposit | 09/18/2014 | | Contera Constructio... | | | 50.00 |
| Bill | 09/15/2014 | | Rancho Diamante, ... | 09/25/2014 | 97 | 20,000.00 |
| Bill | 09/15/2014 | | Contera Constructio... | 09/25/2014 | 97 | 112,629.77 |
| Bill | 09/15/2014 | | Misc. Vendor | 09/25/2014 | 97 | 168,262.57 |
| Total > 90 | | | | | | 301,285.12 |
| **TOTAL** | | | | | | 303,956.33 |

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

Current number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| State Farm | Rental Property & Landlord Liability | 12/20/14-12/20/2015 | Quarterly |
| State Farm | Rental Property & Landlord Liability | 7/20/14-7/20/15 | Quarterly |
| State Farm | Land Liability (Needles) | 2/22/14-2/22/15 | Quarterly |
| Farm Bureau | Auto Liability (Suburban) | 10/8/14-3/4/15 | Quarterly |
| Farm Bureau | Land Liability (Nogales) | 3/4/2014-3/4/15 | Quarterly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Drafting the reorganization plan as required.

Hiring professional to remarket and list the properties

Consulting with Engineer & City for Parcel Map

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

| Case Number: | 3-14-bk-14118-EPB | **DISBURSEMENT DETAIL** |

SEE ATTACHED SCHEDULE

Please use a separate form for each bank account

Month: _____

Account #: _____

Bank Name: _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | $0.00 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | $0.00 |
| **Total checks listed on continuation pages** | | | | $0.00 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $0.00 |
|---|---|

Register: WFB Checking 9768
From 11/30/2014 through 12/31/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/01/2014 | | | -split- | Deposit | | X | 1,981.93 | 3,855.12 |
| 12/01/2014 | 1016 | Wells Fargo Card Ser... | Accounts Payable(Post... | Acct #4147 18... | 831.78 | X | | 3,023.34 |
| 12/05/2014 | 1017 | N.P.U.A | Accounts Payable(Post... | 9253-8382 | 120.33 | X | | 2,903.01 |
| 12/10/2014 | EFT | SBC Tax Collector | Accounts Payable(Post... | | 1,834.82 | X | | 1,068.19 |
| 12/11/2014 | 1018 | American Express | Accounts Payable(Post... | Acct Ending 4-... | 153.39 | X | | 914.80 |
| 12/20/2014 | 1019 | Wells Fargo Bank, N... | Accounts Payable(Post... | Acct #650 655... | 679.35 | X | | 235.45 |
| 12/23/2014 | 1023 | Rio Buena Vista H.O... | Accounts Payable(Post... | | 160.00 | | | 75.45 |
| 12/26/2014 | online | Rancho Diamante, L... | Capital Contribution | Trans RD to DR | | X | 700.00 | 775.45 |
| 12/26/2014 | 1022 | Santa Cruz County T... | Accounts Payable(Post... | | 463.96 | | | 311.49 |
| 12/27/2014 | 1021 | Southwest Gas Corp... | Accounts Payable(Post... | | 26.54 | X | | 284.95 |
| 12/29/2014 | | Mike Coznachi | Undeposited Funds | Deposit | | X | 1,000.00 | 1,284.95 |
| 12/30/2014 | 1020 | State Farm | Accounts Payable(Post... | Policy #75-ES-... | 165.00 | X | | 1,119.95 |
| 12/31/2014 | | Wells Fargo Bank, N... | Bank Service Charges | | 14.00 | X | | 1,105.95 |

# Gold Business Services Package



DIAMOND R, LLC
DEBTOR IN POSSESSION
CH 11 CASE #14-14118 (AZ)
28545 OLD TOWN FRONT ST STE 201
TEMECULA CA 92590-2718

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $1,943.79 |
| Deposits/Credits | 3,681.93 |
| Withdrawals/Debits | - 3,895.81 |
| **Ending balance on 12/31** | **$1,729.91** |
| Average ledger balance this period | $1,728.95 |

Account number: 9768

**DIAMOND R, LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14-14118 (AZ)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Case 2:14-bk-14118-EPB    Doc 49    Filed 01/22/15    Entered 01/22/15 16:24:05    Desc
Main Document    Page 14 of 18



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/1 | | ATM Check Deposit - 12/01 Mach ID 9943Y 32881 US Hwy 79 Temecula CA 6181 0009023 | 1,981.93 | | |
| 12/1 | 1015 | Check | | 70.60 | 3,855.12 |
| 12/3 | 1016 | Check | | 831.78 | 3,023.34 |
| 12/10 | 1017 | Check | | 120.33 | 2,903.01 |
| 12/12 | | San Bernardino C Tax Coll. 88606564524 Diamond R LLC | | 1,834.82 | 1,068.19 |
| 12/15 | 1018 | Check | | 153.39 | 914.80 |
| 12/22 | 1019 | Check | | 679.35 | 235.45 |
| 12/26 | | Online Transfer From Rancho Diamante LLC Ref #Ibe2Pkd6Jm Business Checking Transfer C1 to Dr | 700.00 | | 935.45 |
| 12/29 | | Mobile Deposit : Ref Number :713290472075 | 1,000.00 | | |
| 12/29 | 1021 | Check | | 26.54 | 1,908.91 |
| 12/31 | 1020 | Check | | 165.00 | |
| 12/31 | | Monthly Service Fee | | 14.00 | 1,729.91 |
| **Ending balance on 12/31** | | | | | **1,729.91** |
| **Totals** | | | **$3,681.93** | **$3,895.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1015 | 12/1 | 70.60 | 1018 | 12/15 | 153.39 | 1020 | 12/31 | 165.00 |
| 1016 | 12/3 | 831.78 | 1019 | 12/22 | 679.35 | 1021 | 12/29 | 26.54 |
| 1017 | 12/10 | 120.33 | | | | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | Standard monthly service fee $14.00 | You paid $14.00 |
|------|------|------|
| **How to avoid the monthly service fee  *(complete 1 AND 2)*** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $1,729.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |



---

## Monthly service fee summary (continued)

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.

C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 11 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your              $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



### Wells Fargo Business Online®

## Account Activity

**DIAMOND R, LLC Accounts**

**BUSINESS CHECKING XXXXXX9768**

### Activity Summary

| | |
|---|---|
| Ending Collected Balance as of 01/20/15 | $1,384.08 |
| Current Posted Balance | $1,384.08 |
| Pending Withdrawals/ Debits | -$70.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$1,314.08** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:   for   Date Range   **11/30/14** to **12/31/14**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 12/31/14 | MONTHLY SERVICE FEE | | $14.00 | $1,729.91 |
| 12/31/14 | CHECK # 1020 | | $165.00 | |
| 12/29/14 | CHECK # 1021 | | $26.54 | $1,908.91 |
| 12/29/14 | MOBILE DEPOSIT : REF NUMBER :713290472075 | $1,000.00 | | |
| 12/26/14 | ONLINE TRANSFER FROM RANCHO DIAMANTE LLC REF #IBE2PKD6JM BUSINESS CHECKING TRANSFER C1 TO DR | $700.00 | | $935.45 |
| 12/22/14 | CHECK # 1019 | | $679.35 | $235.45 |
| 12/15/14 | CHECK # 1018 | | $153.39 | $914.80 |
| 12/12/14 | SAN BERNARDINO C TAX COLL. 88606564524 Diamond R LLC | | $1,834.82 | $1,068.19 |
| 12/10/14 | CHECK # 1017 | | $120.33 | $2,903.01 |
| 12/03/14 | CHECK # 1016 | | $831.78 | $3,023.34 |
| 12/01/14 | CHECK # 1015 | | $70.60 | $3,855.12 |
| 12/01/14 | ATM CHECK DEPOSIT - 32881 US HWY 79 TEMECULA CA 6181 0009023 | $1,981.93 | | |
| Totals | | $3,681.93 | $3,895.81 | |

🏠 Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.