# Exhibit "B"

| | Sales Price | # Sold | Year 1 | Sales Price | # Sold | Year 2 | Sales Price | # Sold | Year 3 | Sales Price | # Sold | Year 4 | Sales Price | # Sold | Year 5 | Total | Total | Avg. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Monthly Gross Income | $ 380,000 | 5 | $ 1,900,000 | $ 399,000 | 6 | $ 2,394,000 | $ 418,950 | 6 | $ 2,513,700 | $ 400,000 | 6 | $ 2,639,385 | $ 400,000 | 2 | $ 2,771,354 | 25 | $ 12,218,439 | $ 488,738 |
| | $ 335,000 | 3 | $ 1,005,000 | $ 351,750 | 3 | $ 1,055,250 | $ 369,338 | 2 | $ 1,108,013 | $ 350,000 | 2 | $ 1,163,413 | $ 350,000 | 2 | $ 1,221,584 | 12 | $ 5,553,259 | $ 462,772 |
| **Gross Sale Proceeds** | | | **$ 2,905,000** | | | **$ 3,449,250** | | | **$ 3,621,713** | | | **$ 3,802,798** | | | **$ 3,992,938** | 37 | **$ 17,771,699** | |
| Sales Costs | 8% | | $ 232,400 | | 8% | $ 275,940 | | 8% | $ 289,737 | | 8% | $ 304,224 | | 8% | $ 319,435 | | | |
| **Net Sale Proceeds** | | | $ 2,672,600 | | | $ 3,173,310 | | | $ 3,331,976 | | | $ 3,498,574 | | | $ 3,673,503 | | | |
| Min. Release Price (Class II(a)) | | | $ 1,870,820 | | | $ 2,221,317 | | | $ 2,332,383 | | | $ 2,623,931 | | | | | | |
| CB Release Price (Class II(b)) | | | $ 133,630 | | | $ 158,666 | | | $ 166,599 | | | | | | | | | |
| **Monthly Income** | | | $ 668,150 | | | $ 793,328 | | | $ 832,994 | | | $ 874,644 | | | $ 3,673,503 | | | |
| **Monthly Business Expenses** | | | | | | | | | | | | | | | | | | |
| Rio Istancia Insurance | | | $ 29,050 | | | $ 29,631 | | | $ 29,631 | | | $ 29,631 | | | $ 29,631 | | | |
| Beach Drive Insurance | | | $ 200 | | | $ 204 | | | $ 204 | | | $ 204 | | | $ 204 | | | |
| Nogales Insurance | | | $ 200 | | | $ 204 | | | $ 204 | | | $ 204 | | | $ 204 | | | |
| Rio Istancia Taxes | | | $ 25,844 | | | $ 26,361 | | | $ 26,361 | | | $ 26,361 | | | $ 26,361 | | | |
| Beach Drive Taxes | | | $ 1,605 | | | $ 1,637 | | | $ 1,637 | | | $ 1,637 | | | $ 1,637 | | | |
| Nogales Taxes | | | $ 463 | | | $ 472 | | | $ 472 | | | $ 472 | | | $ 472 | | | |
| Bank Fees | | | $ 200 | | | $ 204 | | | $ 204 | | | $ 204 | | | $ 204 | | | |
| Maintenance Beach Drive | | | $ 4,000 | | | $ 4,080 | | | $ 4,080 | | | $ 4,080 | | | $ 4,080 | | | |
| Maintenance Nogales | | | $ - | | | $ - | | | $ - | | | $ - | | | $ - | | | |
| Maintenance Needles | | | $ 2,220 | | | $ 2,264 | | | $ 2,264 | | | $ 2,264 | | | $ 2,264 | | | |
| Transportation/Vehicle Expenses | | | $ 4,400 | | | $ 4,488 | | | $ 4,488 | | | $ 4,488 | | | $ 4,488 | | | |
| Equipment Maintenance and Repair | | | $ 500 | | | $ 500 | | | $ 500 | | | $ 500 | | | $ 500 | | | |
| **Total** | | | $ 68,682 | | | $ 70,046 | | | $ 70,046 | | | $ 70,046 | | | $ 70,046 | | | |
| **Income - Total Expenses** | | | $ 599,468 | | | $ 723,282 | | | $ 762,948 | | | $ 804,598 | | | $ 3,603,457 | | | |
| Class III - Unsecured Claims | | | $ 150,000 | | | $ 150,000 | | | $ 150,000 | | | | | | | | | |