# Exhibit "C"

Diamond R, LLC
Case No.: 3:14-bk-14118-EPB
LIQUIDATION ANALYSIS

| REAL PROPERTY | ESTIMATED LIQUIDATION VALUE | 1ST LIEN | 2ND LIEN | COSTS OF SALE | POTENTIAL VALUE FOR ESTATE IN A LIQUIDATION |
|---|---|---|---|---|---|
| Rio Vistancia Property | $6,000,000.00 | $4,971,423.04 | $1,235,000.00 | | |
| Beach Drive Property | $185,000.00 | | $1,235,000.00 | | |
| Nogales Property | $1,200,000.00 | $4,971,423.04 | | | |
| TOTAL | $7,385,000.00 | $4,971,423.04 | $1,235,000.00 | $738,500.00 | $440,076.96 |
| PERSONAL PROPERTY | VALUE | LIEN | | | |
| Wells Fargo Checking Account | $0.00 | N/A | N/A | N/A | $0.00 |
| Furnishings at Beach Drive | $2,000.00 | N/A | N/A | $200.00 | $1,800.00 |
| 2007 Chevy Suburban | $5,000.00 | N/A | N/A | $500.00 | $4,500.00 |
| Field equipment, furniture, office equipment | $2,500.00 | N/A | N/A | $250.00 | $2,250.00 |
| | | | | | |
| TOTAL EQUITY AVAILABLE: | | | | | $448,626.96 |
| LESS TRUSTEE'S FEE (10%): | | | | | $44,862.70 |
| TOTAL AMOUNT AVAILABLE IN A LIQUIDATION: | | | | | **$403,764.26** |

1

Case 3:14-bk-14118-EPB   Doc 69-3   Filed 04/20/15   Entered 04/20/15 20:37:05   Desc
Exhibit C    Page 2 of 2