1  Thomas H. Allen, State Bar #11160
   Katherine Anderson Sanchez, State Bar #30051
2  **ALLEN MAGUIRE & BARNES, PLC**
   1850 N. Central, Suite 1150
3  Phoenix, Arizona  85004
   Office: (602) 256-6000
4  Fax: (602) 252-4712
   Email: tallen@ambazlaw.com
5          ksanchez@ambazlaw.com

6  Attorneys for Debtor

7          **UNITED STATES BANKRUPTCY COURT**

8              **DISTRICT OF ARIZONA**

9  In re:                          CHAPTER 11

10 DIAMOND R LLC,                   Case No. 3-14-bk-14118-EPB

11          Debtor.                 **NOTICE OF FILING AMENDMENT TO
                                    SCHEDULE D – CREDITORS HOLDING**
12                                  **SECURED CLAIMS AND AMENDMENT
                                    TO SCHEDULE F – CREDITORS**
13                                  **HOLDING UNSECURED NONPRIORITY
                                    CLAIMS**
14

15         Diamond R, LLC ("Debtor") by through undersigned counsel, hereby give notice of

16 filing the Amendment to Schedule D – Creditors Holding Secured Claims attached hereto as

17 **Exhibit A** and Amendment to Schedule F – Creditors Holding Unsecured Nonpriority Claims

18 attached hereto as **Exhibit B.**

19         DATED:  May 1, 2015

20                                  **ALLEN MAGUIRE & BARNES, PLC**

21
                                    _/s/ KAS 30051_
22                                  Thomas H. Allen
                                    Katherine Anderson Sanchez
23                                  1850 N. Central Ave., Suite 1150
                                    Phoenix, AZ  85004
24                                  _Attorneys for Debtor_

25
   E-FILED on May 1, 2015.
26 COPIES of the foregoing served
   the same date via the Court's ECF
27 system on all parties that have appeared
   in the case and the Office of the U.S. Trustee.
28 / / /

I:\8000 Prescott Files\8062 - Diamond R, LLC\03 Petition-Schedules\Amendment to Schedules D and F.doc

COPY further mailed and e-mailed on the same date to:

Larry L. Watson, Esq.
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
E-mail: larry.watson@usdoj.gov

Roger W. Hall, Esq.
BUCHALTER NEMER
16435 North Scottsdale Road
Suite 440
Scottsdale, AZ 85254-1754
E-mail: rhall@buchalter.com
*Attorneys for Cessna Finance Corporation*

David L. Knapper, Esq.
LAW OFFICES OF DAVID L. KNAPPER
1599 E. Orangewood Avenue, Suite 125
Phoenix, AZ 85020
E-mail: david.knapper@azbar.org
*Attorneys for Dan Bailey, Hans Graf and Scott Miller*

COPY further mailed on the same date to:

J Scott Miller/Hans R. Graf/Dan Bailey
c/o County Records Research, Inc.
4952 Warner Avenue, #105
Huntington Beach, CA 92649

Dan Bailey
505 Ocean Avenue
Seal Beach, CA 90740

Hans R. Graf
P.O. Box 13
Bondurant, WY 82922

J. Scott Miller
940 Sealane Drive, #18
Encinitas, CA 92024

J. Scott Miller
P.O. Box 14
Bondurant, WY 82922

/s/ Sherry Gomez

In re   **Diamond R, LLC**                                      Case No.  **3:14-bk-14118-EPB**

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDMENT

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | First position Deed of Trust | | | | | |
| J Scott Miller/Hans R. Graf/Dan Bailey c/o County Records Research, Inc. 4952 Warner Avenue, #105 Huntington Beach, CA 92649 | - | | | | Vacant land (Rio Vistancia) – 113 Acres in Needles, Calfornia and Vacant land in Santa Cruz County, Nogales, Arizona | | | X | | |
| | | | | | Value $        7,200,000.00 | | | | 4,900,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| Dan Bailey 505 Ocean Avenue Seal Beach, CA 90740 | | | | | Additional notice for J Scott Miller/Hans R. Graf/Dan Bailey | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| Hans R. Graf P.O. Box 13 Bondurant, WY 82922 | | | | | Additional notice for J Scott Miller/Hans R. Graf/Dan Bailey | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| J. Scott Miller P.O. Box 14 Bondurant, WY 82922 | | | | | Additional notice for J Scott Miller/Hans R. Graf/Dan Bailey | | | | Notice Only | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **1**    continuation sheets attached | Subtotal (Total of this page) | 4,900,000.00      0.00 |

Case 3:14-bk-14118-EPB   Doc 71   Filed 05/01/15   Entered 05/01/15 16:33:33   Desc
Main Document     Page 3 of 5

In re __Diamond R, LLC__              Case No. __3:14-bk-14118-EPB__
                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDMENT
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> J. Scott Miller <br> 940 Sealane Drive, #18 <br> Encinitas, CA 92024 | | | Additional notice for J Scott Miller/Hans R. Graf/Dan Bailey <br><br><br> Value $ | | | | **Notice Only** | |
| **Account No.** <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| **Account No.** <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| **Account No.** <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| **Account No.** <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 4,900,000.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re    **Diamond R, LLC**                  Case No.   **3:14-bk-14118-EPB**

                                    Debtor

# AMENDMENT
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | tax debt paid to County of San Bernardino | | | | |
| **J. Scott Miller** **940 Sealane Drive, #18** **Encinitas, CA 92024** | | - | | | | | X | |
| | | | | | | | | **107,437.00** |
| Account No. | | | | | | | | |
| **J. Scott Miller** **P.O. Box 14** **Bondurant, WY 82922** | | | | **Additional notice for** **J. Scott Miller** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

|  | | |
|---|---|---|
| **0**   continuation sheets attached     **Exhibit B** | Subtotal (Total of this page) | **107,437.00** |
| | Total (Report on Summary of Schedules) | **107,437.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          S/N:30975-150427     Best Case Bankruptcy